IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADEX GLOBAL MASTER FUND SPC, LTD., a British Virgin Islands Limited Liability Company Incorporated as a Segregated Portfolio Company, and TRADEX GLOBAL ADVISORS, LLC, a Delaware Limited Liability Company,<br><br>　　　　Appellants,<br><br>　v.<br><br>BENJAMIN PUI-YUN CHUI,<br><br>　　　　Appellee. | No. C 15-04744 WHA<br><br>**ORDER EXTENDING TIME TO FILE OPENING BRIEF** |

　　　As stated in the notice of briefing following the docketing of the record on appeal, appellants' brief was due on **DECEMBER 16** (Dkt. No. 4). Appellants did not file a brief. Appellants have filed an *ex parte* motion to extend the deadline to file their opening brief to **DECEMBER 31**, citing email errors and confusion regarding the date on which the record on appeal was docketed. Counsel for appellants contacted counsel for appellee regarding this brief regarding this request, but counsel for appellee responded that it was unlikely their client would consent to an extension. Appellants' request is hereby **GRANTED**. As detailed in the notice of briefing, appellee's brief shall be due **TWENTY DAYS** after service of appellants' brief, any reply shall be due **TEN DAYS** after service of appellees' brief.

　　　**IT IS SO ORDERED.**

Dated: December 22, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE