IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADEX GLOBAL MASTER FUND SPC, LTD., a British Virgin Islands Limited Liability Company Incorporated as a Segregated Portfolio Company, and TRADEX GLOBAL ADVISORS, LLC, a Delaware Limited Liability Company,<br><br>Appellants,<br><br>v.<br><br>BENJAMIN PUI-YUN CHUI,<br><br>Appellee. | No. C 15-04744 WHA<br><br>**ORDER REQUESTING CHAMBERS COPIES** |

The Court has not received chambers copies of the parties' briefs in this bankruptcy appeal as required by Civil L.R. 5-1(7). By **JANUARY 22**, the parties shall please lodge chambers copies of any documents they have e-filed.

**IT IS SO ORDERED.**

Dated: January 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE