IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADEX GLOBAL MASTER FUND SPC LTD., and TRADEX GLOBAL ADVISORS LLC,<br><br>    Appellants,<br><br>  v.<br><br>BENJAMIN PUI-YUN CHUI,<br><br>    Appellee. | No. C 15-04744 WHA<br>Br. No. 12-30953 HLB<br>Adv. Proc. No. 12-3102 HLB<br><br>**JUDGMENT** |

    For the reasons stated in the accompanying order affirming the decision of the bankruptcy court, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of appellee Benjamin Pui-Yun Chui and against appellants Tradex Global Master Fund SPC Ltd., and Tradex Global Advisors LLC. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: September 30, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE